UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JEREL CARDENAS,

                        Plaintiff,                **ORDER**

             -against-               25 Civ. 7433 (NSR) (AEK)

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      Defendant has filed a motion to dismiss.  ECF Nos. 14-16.  The Court orders Plaintiff to serve and file his opposition papers by no later than **May 11, 2026**, and Defendant to serve his reply papers by no later than **May 26, 2026**.

      The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated:  March 12, 2026
        White Plains, New York

                                **SO ORDERED.**

                              _____
                              ANDREW E. KRAUSE
                              United States Magistrate Judge